IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Tiffany Williams, also known as Tiffany Brown, <br><br> Plaintiffs, <br><br> v. <br><br> Leon Lott in his capacity as Sheriff of the Richland County Sheriff's Department and Joe Phillip Smith in his individual capacity, <br><br> Defendants. | Civil Action No.: 3:19-cv-595-JMC-SVH <br><br> NOTICE OF SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1) |

**TO:    ROBERT GARFIELD, ESQUIRE, ATTORNEY FOR DEFENDANT:**

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel's recently discovered death of Tiffany Nicosia Brown ("Plaintiff"); Plaintiff in this action. Upon information and belief, Plaintiff passed away on August 28, 2019.

                                            Respectfully submitted,

                                            <u>s/ Chris S. Truluck</u>
                                            Chris S. Truluck, SC Bar# 77829
                                            Of Counsel
                                            Shealey Law Firm
                                            1507 Richland Street
                                            Columbia, SC 29201
                                            Tel: (803) 929-0008
                                            Facsimile: (888) 745-1381
                                            chris@shealeylaw.com
                                            *Attorney for Plaintiff*

Columbia, South Carolina
February 12, 2020